UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:07CV1978 JCH |
| PETER RABBIT DAYCARE & PRESCHOOL, L.L.C., et al., | ) |
| Defendant(s). | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Plaintiff Capitol Indemnity Corporation, with respect to Capitol's claim it has no duty to defend Louis Allen in the underlying suit filed by Kimberly Lanford.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendant Kimberly Lanford, with respect to Plaintiff Capitol Indemnity Corporation's claim it has no duty to defend Peter Rabbit or Laurel Allen in the underlying suit filed by Kimberly Lanford.

**IT IS FURTHER ORDERED** that Plaintiff Capitol Indemnity Corporation must continue to provide a defense for Defendants Peter Rabbit and Laurel Allen in the underlying suit filed by Kimberly Lanford.

Dated this 21st day of April, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE